UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 24 A 10: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ALDEN SHOE COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 05-10362-DPW<br>) |
| SHOES BY JOSEPH SCORSONE, INC. d/b/a<br>JOSEPH'S SHOES, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## ALDEN SHOE COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1(a), plaintiff Alden Shoe Company, Inc. ("Alden") makes the following corporate disclosure statement:

- Alden is a closely held corporation, incorporated in Massachusetts. As such, Alden has no stockholders or parent corporations requiring disclosure.

Respectfully submitted,

**ALDEN SHOE COMPANY, INC.**

By its attorneys,

*/s/ Matthew C. Hurley*
William M. Hill, BBO # 546160
Matthew C. Hurley, BBO # 643638
Philip J. Catanzano, BBO # 654873
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: February 24, 2005

LIT 1503597v1