FILED
CLERKS OFFICE

2005 FEB 24 A 10:23

U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

ALDEN SHOE COMPANY, INC.,

Plaintiff,

v.

SHOES BY JOSEPH SCORSONE, INC. d/b/a JOSEPH'S SHOES,

Defendant.

Civil Action No. 05 CV 10362 DPW

**AFFIDAVIT OF PHILIP J. CATANZANO, ESQ.**

I, Philip J. Catanzano, hereby depose and state that:

1. I am an attorney at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. I represent the plaintiff, Alden Shoe Company, Inc. ("Alden"), in the above-referenced matter. I submit this affidavit in support of Alden's Motion for Preliminary Injunctive Relief.

2. Attached hereto as Exhibit 1 is a true and accurate color copy of the website of defendant Shoes by Joseph Scorsone, Inc., d/b/a Joseph's Shoes ("Joseph's Shoes"), www.josephshoes.com, as it last appeared on February 15, 2005.

3. Attached hereto as Exhibit 2 is a true and accurate copy of the relevant source code from Joseph Shoes' website, as it last appeared on February 15, 2005.

4. Attached hereto as Exhibit 3 are a true and accurate copies of correspondence sent on behalf of Alden by my colleague, Mary-Laura Greely, requesting that Joseph Scorsone of Joseph's Shoes refrain from using the Alden trademark in its sales and marketing activities.

Signed under the pains and penalties of perjury this 15th day of February, 2005.

Philip J. Catanzano





JOSEPH'S SHOES
FINE MENS SHOES
32 South 18th Street • Philadelphia, PA • 800-568-0465

- about us
- hours & directions
- request info
- contact us

**NO SALES TAX!**

Est. 1884
Alden
OF NEW ENGLAND
Custom Bootmakers

## OUR SHOES

- Allen Edmonds
- Alden of New England
- A.E. Belts & Accessories
- Ecco
- Johnston & Murphy
- Polo-Ralph Lauren
- Rockport
- Sandro Moscoloni
- Sebago
- Timberland
- Joseph Cheaney
- Clarks
- Josef Seibel
- Accessories

Allen Edmonds

Site design by JM Fox Associates, Inc

# WELCOME

Welcome to Joseph's Fine Mens Shoes Online. Joseph's Shoes has been providing the Philadelphia community and beyond, with top quality brand-name fine mens shoes, boots, belts and accessories since 1992. We now offer convenient shop online service, to make your shoe ordering experience easier.

Search



32 South 18th Street
Philadelphia, PA
800-568-0465
JOSEPH'S SHOES
FINE MENS SHOES
about us
our shoes
hours & directions
request info
contact us
home

Allen Edmonds • Alden of New England • A.E. Belts & Accessories • Ecco • Johnston & Murphy • Polo-Ralph Lauren
Rockport • Sandro Moscoloni • Sebago • Timberland • Joseph Cheaney • Clarks • Josef Seibel • Accessories

# Alden of New England

Please call us for prices on Shell Cordovan shoes.

**Alden - Tassel Moccasin**
~~$275.00~~ **$254.99** ***Joseph's Price!***
Single oak leather outsoles.
ADD | View Basket

**Alden - Full Strap Slip-On**
~~$275.00~~ **$254.99** ***Joseph's Price!***
Single oak leather outsoles
ADD | View Basket

**Alden - Medallion Tip Bal Oxford**
~~$290.00~~ **$269.99** ***Joseph's Price!***
Single oak leather outsoles.
ADD | View Basket

**Alden - Straight Tip Bal Oxford**
~~$285.00~~ **$264.99** ***Joseph's Price!***
Single oak leather outsoles.
ADD | View Basket







**Alden - Dark Brown Calfskin**
~~$290.00~~ **$269.99** ***Joseph's Price!***
Single oak leather outsoles.
ADD View Basket

**Alden - Leisure Handsewn Moccasin**
~~$295.00~~ **$274.99** ***Joseph's Price!***
ADD View Basket

Search

**Please Note: At this time, Joseph's can only deliver to addresses in the 48 Contiguous United States, as well as to Military addresses.**

***If there's a shoe you don't see that you would like, please let us know and we'll find it for you!***
**Remember... there are three convenient ways to shop - Online, By Phone, or By Fax!**

Legal/Terms of Use | Shipping & Return Policy

www.josephshoes[1]

```
<html>
<head>
<title>Fine Mens Shoes online - Joseph's Shoes of Philadelphia</title>

<meta name="Description" content="Josephs Shoes Online Shopping sells famous
brand-name fine mens dress shoes, casual shoes, boots, belts and shoe accessories
and discount prices.  Tax-free shopping is available on all shoes.">

<meta name="keywords" content="fine, mens, shoes, boots, workboots, dress shoes,
discount, discounted, low prices, sale, casual shoes, brand name, slippers, belts,
shoe trees, accessories, polish, Allen Edmonds, Alden, Alden of New England, Ecco,
Evans, H.S. Trask, Polo, Ralph Lauren, Rockport, Sandro Moscoloni, Sebago,
Timberland, footwear">

</head>

<body bgcolor="#FFFFFF" text="#000000" link="#000000" vlink="#000000"
alink="#000000" topmargin="0" leftmargin="0">

<table cellpadding="0" cellspacing="0" border="0">
<tr><td height="220"><img src="images/header.jpg" width="555" height="197"
border="0"></td>
<td valign="top">
<a href="./about/index.html"><img src="./images/about.gif" border=0"></a><br>
<a href="./directions/index.html"><img src="./images/directions.gif"
border=0"></a><br>
<a href="./request/index.html"><img src="./images/request.gif" border=0"></a><br>
<a href="./contact/index.html"><img src="./images/contact.gif" border=0"></a><br>
      <object classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,29,0" width="229" height="45" align="absbottom">
        <param name="movie" value="notax.swf">
        <param name="quality" value="high">
        <embed src="./notax.swf" width="229" height="45" align="absbottom"
quality="high" pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash"></embed></object>
    </td>
  </tr></table>

<table cellpadding="0" cellspacing="0" border="0">
  <tr>
    <td valign="top"><div align="right"><img src="images/vendormap.jpg"
usemap="#footmap" border="0">
        <map name="footmap">
          <area shape="rect" coords="12,68,152,91"
href="./shopsite/allenedmonds.html">
          <area shape="rect" coords="11,90,201,115" href="./shopsite/alden.html">
          <area shape="rect" coords="12,114,202,138" href="./shopsite/aebelts.html">
          <area shape="rect" coords="13,143,81,167" href="./shopsite/ecco.html">
          <area shape="rect" coords="12,168,174,193"
href="./shopsite/johnston-and-murphy.html">
          <area shape="rect" coords="12,192,174,215" href="./shopsite/polo.html">
          <area shape="rect" coords="12,215,107,239"
href="./shopsite/rockport.html">
          <area shape="rect" coords="12,239,172,263" href="./shopsite/sandro.html">
          <area shape="rect" coords="13,263,120,292" href="./shopsite/sebago.html">
          <area shape="rect" coords="14,395,123,422"
href="./shopsite/shoetrees.html">
          <area shape="rect" coords="11,293,121,315"
href="./shopsite/timberland.html">
          <area shape="rect" coords="12,319,146,345" href="../shopsite/custom.html">
          <area shape="rect" coords="14,3,119,66" href="./shopsite/index.html">
          <area shape="rect" coords="138,359,223,561"
```

```
href="./shopsite/allenedmonds.html">
          <area shape="rect" coords="61,456,190,520"
href="../shopsite/allenedmonds.html">
          <area shape="rect" coords="14,345,122,370" href="./shopsite/clarks.html">
          <area shape="rect" coords="14,371,122,394" href="../shopsite/seibel.html">
        </map>
        <font size="1"></font></div></td>
    <td valign="top" width="329">

        <table height="586" border="0" cellpadding="0" cellspacing="0"><tr>

                <td valign="top"><img src="images/centermain.jpg" border="0"
usemap="#Map"></td>
                  <td valign="top"><div align="right"><img
src="images/rightmain.jpg" border="0" usemap="#Map2"><br><font size="1">Site
              design by<br>
              <a href="http://www.jmfox.com/" target="_blank">JM Fox Associates,
              Inc</a></font></div></td>
        </tr>

                <tr align="right" valign="top"><td height="137" colspan="2"><center>
              <p>Welcome to Joseph's Fine Mens Shoes Online. Joseph's Shoes has
                been providing the Philadelphia community and beyond, with top
                quality brand-name fine mens shoes, boots, belts and accessories
                since 1992. We now offer convenient shop online service, to make
                your shoe ordering experience easier.</p>
              <form
action="http://www.josephshoes.com/jmfox-bin/sc/productsearch.cgi?storeid=*16fc270ea
18b61a906a9a55f25" method=post>
<input type=text name="search_field" size=40>
<input type=hidden name="storeid" value="*16fc270ea18b61a906a9a55f25">
<input type=submit value="Search">
</form>

            </center></td></tr>

        </table></td>
        <tr>
    <td colspan="2"><div align="right"></div></td>
  </tr>
<td height="2"></tr></table>
<div align="left"><br>
  <map name="Map">
    <area shape="rect" coords="9,14,303,365" href="./shopsite/allenedmonds.html">
  </map>
  <map name="Map2">
    <area shape="rect" coords="-3,2,225,404" href="./shopsite/alden.html">
  </map>
</div>
  </div>
</body>
</html>
```

                                     ```
<html>
<head>
<title>Fine Mens Shoes online - Joseph's Shoes of Philadelphia</title>

<meta name="Description" content="Josephs Shoes Online Shopping sells famous
brand-name fine mens dress shoes, casual shoes, boots, belts and shoe accessories
and discount prices.  Tax-free shopping is available on all shoes.">

<meta name="keywords" content="fine, mens, shoes, boots, workboots, dress shoes,
discount, discounted, low prices, sale, casual shoes, brand name, slippers, belts,
shoe trees, accessories, polish, Allen Edmonds, Alden, Alden of New England, Ecco,
Evans, H.S. Trask, Polo, Ralph Lauren, Rockport, Sandro Moscoloni, Sebago,
Timberland, footwear">

</head>

<body bgcolor="#FFFFFF" text="#000000" link="#000000" vlink="#000000"
alink="#000000" topmargin="0" leftmargin="0">

<table cellpadding="0" cellspacing="0" border="0">
<tr><td height="220"><img src="images/header.jpg" width="555" height="197"
border="0"></td>
<td valign="top">
<a href="./about/index.html"><img src="./images/about.gif" border=0"></a><br>
<a href="./directions/index.html"><img src="./images/directions.gif"
border=0"></a><br>
<a href="./request/index.html"><img src="./images/request.gif" border=0"></a><br>
<a href="./contact/index.html"><img src="./images/contact.gif" border=0"></a><br>
      <object classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,29,0" width="229" height="45" align="absbottom">
        <param name="movie" value="notax.swf">
        <param name="quality" value="high">
        <embed src="./notax.swf" width="229" height="45" align="absbottom"
quality="high" pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash"></embed></object>
    </td>
  </tr></table>

<table cellpadding="0" cellspacing="0" border="0">
  <tr>
    <td valign="top"><div align="right"><img src="images/vendormap.jpg"
usemap="#footmap" border="0">
        <map name="footmap">
          <area shape="rect" coords="12,68,152,91"
href="./shopsite/allenedmonds.html">
          <area shape="rect" coords="11,90,201,115" href="./shopsite/alden.html">
          <area shape="rect" coords="12,114,202,138" href="./shopsite/aebelts.html">
          <area shape="rect" coords="13,143,81,167" href="./shopsite/ecco.html">
          <area shape="rect" coords="12,168,174,193"
href="./shopsite/johnston-and-murphy.html">
          <area shape="rect" coords="12,192,174,215" href="./shopsite/polo.html">
          <area shape="rect" coords="12,215,107,239"
href="./shopsite/rockport.html">
          <area shape="rect" coords="12,239,172,263" href="./shopsite/sandro.html">
          <area shape="rect" coords="13,263,120,292" href="./shopsite/sebago.html">
          <area shape="rect" coords="14,395,123,422"
href="./shopsite/shoetrees.html">
          <area shape="rect" coords="11,293,121,315"
href="./shopsite/timberland.html">
          <area shape="rect" coords="12,319,146,345" href="../shopsite/custom.html">
          <area shape="rect" coords="14,3,119,66" href="./shopsite/index.html">
          <area shape="rect" coords="138,359,223,561"
```

```
href="./shopsite/allenedmonds.html">
          <area shape="rect" coords="61,456,190,520"
href="../shopsite/allenedmonds.html">
          <area shape="rect" coords="14,345,122,370" href="./shopsite/clarks.html">
          <area shape="rect" coords="14,371,122,394" href="../shopsite/seibel.html">
        </map>
        <font size="1"></font></div></td>
    <td valign="top" width="329">

        <table height="586" border="0" cellpadding="0" cellspacing="0"><tr>

                <td valign="top"><img src="images/centermain.jpg" border="0"
usemap="#Map"></td>
                  <td valign="top"><div align="right"><img
src="images/rightmain.jpg" border="0" usemap="#Map2"><br><font size="1">Site
              design by<br>
              <a href="http://www.jmfox.com/" target="_blank">JM Fox Associates,
              Inc</a></font></div></td>
        </tr>

                <tr align="right" valign="top"><td height="137" colspan="2"><center>
              <p>Welcome to Joseph's Fine Mens Shoes Online. Joseph's Shoes has
                been providing the Philadelphia community and beyond, with top
                quality brand-name fine mens shoes, boots, belts and accessories
                since 1992. We now offer convenient shop online service, to make
                your shoe ordering experience easier.</p>
              <form
action="http://www.josephshoes.com/jmfox-bin/sc/productsearch.cgi?storeid=*16fc270ea
18b61a906a9a55f25" method=post>
<input type=text name="search_field" size=40>
<input type=hidden name="storeid" value="*16fc270ea18b61a906a9a55f25">
<input type=submit value="Search">
</form>

             </center></td></tr>

        </table></td>
        <tr>
    <td colspan="2"><div align="right"></div></td>
  </tr>
<td height="2"></tr></table>
<div align="left"><br>
  <map name="Map">
    <area shape="rect" coords="9,14,303,365" href="./shopsite/allenedmonds.html">
  </map>
  <map name="Map2">
    <area shape="rect" coords="-3,2,225,404" href="./shopsite/alden.html">
  </map>
</div>
  </div>
</body>
</html>
```

```
<html>
<head>
<title>Alden of New England</title>
<meta name="description" content="Joseph's Shoes Online Shopping sells famous
brand-name fine mens dress shoes, casual shoes, boots, belts and shoe accessories
and discount prices.  Tax-free shopping is available on all shoes.">
<meta name="keywords" content="fine, mens, shoes, boots, workboots, dress shoes,
discount, discounted, low prices, sale, casual shoes, brand name, slippers, belts,
shoe trees, accessories, polish, Allen Edmonds, Alden, Alden of New England, Ecco,
Evans, H.S. Trask, Polo, Ralph Lauren, Rockport, Sandro Moscoloni, Sebago,
Timberland, footwear, josephs">
<meta name="generator" content="ShopSite Manager 7.0.3 Default Page Template -C
code">
</head>
<body  bgcolor="#FFFFFF" text="#663300" link="#663300" vlink="#993300"
alink="#00FF00" >
```

```
<p> <center>
<table width="100%">
<tr valign=top>
<td valign=top>
<body bgcolor="#FFFFFF" text="#000000" link="#000000" vlink="#000000"
alink="#000000" topmargin="0" leftmargin="0">
<table cellpadding="0" cellspacing="0" width="795" border="0">
<tr><td><img src="../images/subheader.jpg" width="795" height="144"
border="0"></td></tr>
<tr><td><a href="../about/index.html"><img src="../images/subabout.gif"
border="0"></a><a href="../shopsite/index.html"><img src="../images/subshoes.gif"
border="0"></a><a href="../directions/index.html"><img
src="../images/subdirections.gif" border="0"></a><a
href="../request/index.html"><img src="../images/subrequest.gif" border="0"></a><a
href="../contact/index.html"><img src="../images/subcontact.gif" border="0"></a><a
href="../index.html"><img src="../images/subhome.gif" border="0"></a></td></tr>
<tr><td><img src="../images/subshoesheader.gif" border="0" usemap="#Map"></td></tr>
<tr><td><center></center></td></tr><tr><td align="center">
        <table cellpadding="0" cellspacing="0" width="500" border="0">
        <tr><td align="center"><font face="arial" size="5">
        <b>Alden of New England</b><br></font>
<font face="arial" size="3">
<br>Please call us for prices on Shell Cordovan shoes.<br>
</font>

</td>
</tr>
</table>

<table width="100%" border=1>
```

```
<tr valign=top>
<td valign=top align=center width="50%">
 <!--- rec 56 -->
 <BR>
<a name="56"></a>
<!-- Default Product Template -->
<a href="http://www.josephshoes.com/shopsite/product56.html"><img
src="http://www.josephshoes.com/shopsite/media/alden-tasselmoccasin-t.jpg" width=120
height=164 alt="alden-tasselmoccasin-t.jpg" hspace=3 vspace=3 border=0
align=left></a>

<a href="http://www.josephshoes.com/shopsite/product56.html">
<b>Alden - Tassel Moccasin</b></a>
<br>
<strike>$275.00</strike> <b>$254.99</b> <b><i>Joseph's Price!</b></i><br>
Single oak leather outsoles.<br>

<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&dbname=products&itemnum=56&function=add"><img
src="http://www.josephshoes.com/shopsite/media/add-basket.gif" hspace=3 vspace=3
border="0"></a> 
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&function=show"><img
src="http://www.josephshoes.com/shopsite/media/view-basket.gif" hspace=3 vspace=3
border="0"></a>
<BR>
<br clear=all>
</td>

<td valign=top align=center width="50%">
 <!--- rec 58 -->
 <BR>
<a name="58"></a>
<!-- Default Product Template -->
<a href="http://www.josephshoes.com/shopsite/product58.html"><img
src="http://www.josephshoes.com/shopsite/media/alden-fullstrapslipon-t.jpg"
width=120 height=164 alt="alden-fullstrapslipon-t.jpg" hspace=3 vspace=3 border=0
align=left></a>

<a href="http://www.josephshoes.com/shopsite/product58.html">
<b>Alden - Full Strap Slip-On</b></a>
<br>
<strike>$275.00</strike> <b>$254.99</b> <b><i>Joseph's Price!</b></i><br>
Single oak leather outsoles<br>

<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&dbname=products&itemnum=58&function=add"><img
src="http://www.josephshoes.com/shopsite/media/add-basket.gif" hspace=3 vspace=3
border="0"></a> 
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&function=show"><img
src="http://www.josephshoes.com/shopsite/media/view-basket.gif" hspace=3 vspace=3
border="0"></a>
<BR>
<br clear=all>
</td>

</tr>
```

```
<tr valign=top>
<td valign=top align=center width="50%">
 <!--- rec 59 -->
 <BR>
<a name="59"></a>
<!-- Default Product Template -->
<a href="http://www.josephshoes.com/shopsite/product59.html"><img
src="http://www.josephshoes.com/shopsite/media/alden-medalliontipbaloxford-t.jpg"
width=120 height=164 alt="alden-medalliontipbaloxford-t.jpg" hspace=3 vspace=3
border=0 align=left></a>

<a href="http://www.josephshoes.com/shopsite/product59.html">
<b>Alden - Medallion Tip Bal Oxford</b></a>
<br>
<strike>$290.00</strike> <b>$269.99</b> <b><i>Joseph's Price!</b></i><br>
Single oak leather outsoles.<br>

<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&dbname=products&itemnum=59&function=add"><img
src="http://www.josephshoes.com/shopsite/media/add-basket.gif" hspace=3 vspace=3
border="0"></a> 
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&function=show"><img
src="http://www.josephshoes.com/shopsite/media/view-basket.gif" hspace=3 vspace=3
border="0"></a>
<BR>
<br clear=all>
</td>

<td valign=top align=center width="50%">
 <!--- rec 60 -->
 <BR>
<a name="60"></a>
<!-- Default Product Template -->
<a href="http://www.josephshoes.com/shopsite/product60.html"><img
src="http://www.josephshoes.com/shopsite/media/alden-straighttipbaloxford-t.jpg"
width=120 height=164 alt="alden-straighttipbaloxford-t.jpg" hspace=3 vspace=3
border=0 align=left></a>

<a href="http://www.josephshoes.com/shopsite/product60.html">
<b>Alden - Straight Tip Bal Oxford</b></a>
<br>
<strike>$285.00</strike> <b>$264.99</b> <b><i>Joseph's Price!</b></i><br>
Single oak leather outsoles.<br>

<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&dbname=products&itemnum=60&function=add"><img
src="http://www.josephshoes.com/shopsite/media/add-basket.gif" hspace=3 vspace=3
border="0"></a> 
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&function=show"><img
src="http://www.josephshoes.com/shopsite/media/view-basket.gif" hspace=3 vspace=3
border="0"></a>
<BR>
<br clear=all>
</td>

</tr>
<tr valign=top>
```

```
<td valign=top align=center width="50%">
 <!--- rec 61 -->
 <BR>
<a name="61"></a>
<!-- Default Product Template -->
<a href="http://www.josephshoes.com/shopsite/product61.html"><img
src="http://www.josephshoes.com/shopsite/media/alden-darkbrowncalfskin-t.jpg"
width=120 height=164 alt="alden-darkbrowncalfskin-t.jpg" hspace=3 vspace=3 border=0
align=left></a>

<a href="http://www.josephshoes.com/shopsite/product61.html">
<b>Alden - Dark Brown Calfskin</b></a>
<br>
<strike>$290.00</strike> <b>$269.99</b> <b><i>Joseph's Price!</b></i><br>
Single oak leather outsoles.<br>

<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&dbname=products&itemnum=61&function=add"><img
src="http://www.josephshoes.com/shopsite/media/add-basket.gif" hspace=3 vspace=3
border="0"></a> 
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&function=show"><img
src="http://www.josephshoes.com/shopsite/media/view-basket.gif" hspace=3 vspace=3
border="0"></a>
<BR>
<br clear=all>
</td>

<td valign=top align=center width="50%">
 <!--- rec 11 -->
 <BR>
<a name="11"></a>
<!-- Default Product Template -->
<a href="http://www.josephshoes.com/shopsite/product11.html"><img
src="http://www.josephshoes.com/shopsite/media/alden-leisurehandewnmoc-t.bmp"
alt="alden-leisurehandewnmoc-t.bmp" border="0" align=left></a>

<a href="http://www.josephshoes.com/shopsite/product11.html">
<b>Alden - Leisure Handsewn Moccasin</b></a>
<br>
<strike>$295.00</strike> <b>$274.99</b> <b><i>Joseph's Price!</b></i><br>
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&dbname=products&itemnum=11&function=add"><img
src="http://www.josephshoes.com/shopsite/media/add-basket.gif" hspace=3 vspace=3
border="0"></a> 
<a
href="http://www.josephshoes.com/jmfox-bin/sc/order.cgi?storeid=*10aa22530016a7909ff
5&function=show"><img
src="http://www.josephshoes.com/shopsite/media/view-basket.gif" hspace=3 vspace=3
border="0"></a>
<BR>
<br clear=all>
</td>
</tr>
</table>
<center>
<form
action="http://www.josephshoes.com/jmfox-bin/sc/productsearch.cgi?storeid=*10aa22530
016a7909ff5" method=post>
<input type=text name="search_field" size=40>
```

```
<input type=hidden name="storeid" value="*10aa22530016a7909ff5">
<input type=submit value="Search">
</form> </center>

<table width="100%">
<tr valign=top>
<td valign=top>
<hr><center><b><font color="#996633">Please Note: At this time, Joseph's can only
deliver to addresses in the<br> 48 Contiguous United States, as well as to Military
addresses.<b></center><hr>
<center><br><b><i>If there's a shoe you don't see that you would like, please let us
know and we'll find it for you!</i><br>Remember... there are three convenient ways
to shop - Online, By Phone, or <a href="http://www.josephshoes.com/orderform.pdf"
target="_blank">By Fax!</a></b><br><br>
<font size="-2"><a href="http://www.josephshoes.com/shopsite/terms.html">Legal/Terms
of Use</a>     |    <a
href="http://www.josephshoes.com/shopsite/shipping.html">Shipping & Return
Policy</a></center></font>
```

```
</td></tr><tr valign="top">
<td valign="top">
<map name="Map">
  <area shape="rect" coords="130,4,208,19" href="../shopsite/allenedmonds.html">
  <area shape="rect" coords="219,3,331,18" href="../shopsite/alden.html">
  <area shape="rect" coords="341,3,456,18" href="../shopsite/aebelts.html">
  <area shape="rect" coords="465,4,493,17" href="../shopsite/ecco.html">
  <area shape="rect" coords="503,3,603,17"
href="../shopsite/johnston-and-murphy.html">
  <area shape="rect" coords="337,18,398,34" href="../shopsite/timberland.html">
  <area shape="rect" coords="406,19,488,34" href="../shopsite/custom.html">
  <area shape="rect" coords="497,18,533,39" href="../shopsite/clarks.html">
  <area shape="rect" coords="540,18,602,35" href="../shopsite/seibel.html">
  <area shape="rect" coords="610,19,671,32" href="../shopsite/shoetrees.html">
  <area shape="rect" coords="288,20,331,32" href="../shopsite/sebago.html">
  <area shape="rect" coords="188,18,278,33" href="../shopsite/sandro.html">
  <area shape="rect" coords="133,19,179,34" href="../shopsite/rockport.html">
  <area shape="rect" coords="608,2,704,16" href="../shopsite/polo.html">
</map>
</body>
</html> </td>
</tr>
</table>
</center>
</body>
</html>
```

file

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

13078-010-010
05,001

Mary-Laura Greely, Esq.

*Direct dial 617 348 1767*
**mlgreely@mintz.com**

617 542 6000
617 542 2241 *fax*

March 25, 2004

Joseph Scorsone, President
Joseph's Shoes, Inc.
32 S. 18th Street
Philadelphia, PA 19103-3719

Re: Alden Shoe Company, Inc.

Dear Joe:

This law firm represents Alden Shoe Company, Inc. of Middleborough, Massachusetts ("Alden Shoe").

As I trust you are aware, Alden Shoe has a well-established reputation in the marketplace for premier quality, innovation, and style in men's footwear. Alden Shoe has invested considerable amounts of time, money and effort in creating market awareness for its unique and exclusive products. Alden Shoe men's footwear and the associated trade names have enjoyed tremendous market acceptance and recognition. To maximize its future success, Alden Shoe has entered into distribution agreements with its exclusive authorized dealers.

Recently, Alden Shoe has learned that you are offering for sale Alden Shoe products, notwithstanding that (i) you are not currently an authorized Alden Shoe dealer, and (ii) you are not licensed to advertise or sell Alden Shoe products on the Internet. There is no doubt that consumers who are familiar with Alden Shoe products will be misled into believing that any sale of Alden Shoe products by you has been authorized, sponsored or licensed by Alden Shoe when, in fact, it has not.

This willful misappropriation of proprietary rights of Alden Shoe constitutes trademark infringement, unfair competition, and false designation of origin, in violation of federal and state law. As a result, you are liable to Alden Shoe for your profits, treble damages, and costs, together with attorney's fees.

On behalf of Alden Shoe, we demand that you **immediately** cease and desist any and all offering for sale, sale, distribution, advertising, promotion and display of Alden Shoe products. We also demand that you confirm in writing that all offering for sale, sale, distribution, advertising, promotion and display of Alden Shoe products has ceased no later than three (3) days from your receipt of this letter.

MINTZ, LEVIN, COHN, FERRIS, GL ›SKY AND POPEO, P.C.

Mr. Joseph Scorsone
March 25, 2004
Page 2

Unless we are advised by you or your counsel in writing within three (3) days after your receipt of this letter that your illicit and unauthorized activities have been halted, Alden Shoe has instructed us to take all steps necessary to protect its rights, including seeking immediate injunctive relief, compensatory and punitive damages, as well as attorneys' fees.

This letter is written expressly without prejudice to the rights and claims of our client, all of which are hereby expressly reserved.

Sincerely,

Mary-Laura Greely

MLG:lr

cc: Mr. Richard G. Hajjar, Vice President
Steven P. Rosenthal, Esquire

TRA 1901484v1

Fu

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

Mary-Laura Greely, Esq.

*Direct dial 617 348 1767*
**mlgreely@mintz.com**

617 542 6000
617 542 2241 *fax*

April 30, 2004

**VIA CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**

Joseph Scorsone, President
Joseph's Shoes, Inc.
32 S. 18th Street
Philadelphia, PA 19103-3719

Re: Alden Shoe Company, Inc.

Dear Joe:

This law firm represents Alden Shoe Company, Inc. of Middleborough, Massachusetts ("Alden Shoe"). This letter follows our letter to you dated March 25, 2004.

As you are aware, Alden Shoe has a well-established reputation in the marketplace for premier quality, innovation, and style in men's footwear. Alden Shoe has invested considerable amounts of time, money and effort in creating market awareness for its unique and exclusive products. Alden Shoe men's footwear and the associated trade names have enjoyed tremendous market acceptance and recognition. To maximize its future success, Alden Shoe has entered into distribution agreements with its exclusive authorized dealers.

Recently, Alden Shoe has learned that you are offering for sale Alden Shoe products, notwithstanding that (i) you are not currently an authorized Alden Shoe dealer, and (ii) you are not licensed to advertise or sell Alden Shoe products on the Internet. There is no doubt that consumers who are familiar with Alden Shoe products will be misled into believing that any sale of Alden Shoe products by you has been authorized, sponsored or licensed by Alden Shoe when, in fact, it has not.

This willful misappropriation of proprietary rights of Alden Shoe constitutes trademark infringement, unfair competition, and false designation of origin, in violation of federal and state law. As a result, you are liable to Alden Shoe for your profits, treble damages, and costs, together with attorney's fees.

On behalf of Alden Shoe, we demand that you **immediately** cease and desist any and all offering for sale, sale, distribution, advertising, promotion and display of Alden Shoe products. We also demand that you confirm in writing that all offering for sale, sale, distribution,

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Mr. Joseph Scorsone
April 30, 2004
Page 2

advertising, promotion and display of Alden Shoe products has ceased no later than three (3) days from your receipt of this letter.

**Unless we are advised by you or your counsel in writing within three (3) days after your receipt of this letter that your illicit and unauthorized activities have been halted, Alden Shoe has instructed us to take all steps necessary to protect its rights, including seeking immediate injunctive relief, compensatory and punitive damages, as well as attorneys' fees.**

This letter is written expressly without prejudice to the rights and claims of our client, all of which are hereby expressly reserved.

Sincerely,

Mary-Laura Greely

MLG:lr
cc: Mr. Richard G. Hajjar, Vice President
Steven P. Rosenthal, Esquire

TRA 1901484v1