# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF MASSACHUSETTS

ALDEN SHOE COMPANY, INC.,

Plaintiff,

v.

SHOES BY JOSEPH SCORSONE, INC., d/b/a JOSEPH'S SHOES,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: #

**05 cv 10362 DPW**

To:   Joseph's Shoes
      32 South 18th Street
      Philadelphia, Pennsylvania 19103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

William M. Hill, BBO # 546160
Matthew C. Hurley, BBO # 643638
Philip J. Catanzano, BBO # 654873
MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   FEB 24 2005

AO 440 (Rev. 10/83) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/25/05 |
| NAME OF SERVER (PRINT) EDWARD R. PRICE | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
JOSEPH SCORSONE - 32 South 18th ST., Phila, PA. 19103

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/25/05
Date

Signature of Server: Edward R. Price

Address of Server: 251 W. ERIE AVE.
Phila., PA. 19140

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.