UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALDEN SHOE COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHOES BY JOSEPH SCORSONE, INC., d/b/a )<br>JOSEPH'S SHOES, )<br>)<br>Defendant. )<br>) | Civil Action No.05-10362-DPW |

## FINAL JUDGMENT FOR PERMANENT INJUNCTIVE RELIEF

This matter having come before the Court upon the joint request of plaintiff Alden Shoe Company, Inc. ("Alden") and defendant Shoes By Joseph Scorsone, Inc., d/b/a Joseph's Shoes ("Joseph's Shoes" or "defendant") for Final Judgment for Permanent Injunctive Relief, proper notice having been given, no objections having been made, good cause being present, and both parties having consented to the relief requested herein, it is on this _16th_ day of March 2005, hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. On or before March 31, 2005, defendant shall permanently remove Alden's registered trademarks and/or trade names in their entirety from the defendant's website and any other website commercially affiliated with the defendant or operated by any employee or agent of the defendant.

2. On or before March 31, 2005, defendant shall permanently remove Alden's registered trademarks and/or trade names in their entirety from the source code underlying the defendant's website. "Source code," in this context, includes but is not limited to any information contained in the metatags, descriptor language, embedded text, JAVA text, or any other language from the originating web page file.

3. Beginning on March 31, 2005, defendant shall permanently cease and desist from using Alden's registered trademarks and/or trade names in connection with any advertisement on defendant's website, or from otherwise advertising Alden's registered trademarks and/or trade names in any print, electronic or aural media.

4. This Final Judgment for Permanent Injunctive Relief shall not prevent defendant from selling such Alden shoes that it currently has in inventory (estimated at 36 pairs), nor shall it prevent defendant from displaying in its store a single brass plate containing Alden's trademark for a period of one year (until March 31, 2006). On or before March 31, 2006, defendant shall send such brass plate to counsel for Alden.

5. This Court shall retain jurisdiction of this matter for the purpose of entering such further orders, direction, or relief as may be appropriate for the construction, implementation, or enforcement of this Final Judgment for Permanent Injunctive Relief.

SO ORDERED:

_____
United States District Judge